UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | |
| **Justin Matthew Turnage** ) | CASE NO. 21-31621-pes |
| **Elizabeth Anne Turnage** ) | |
| ) | Chapter 7 |
| **Debtors** ) | |

## AGREED ORDER ON MOTION TO SELL

COMES NOW, the Chapter 13 Trustee and Wells Fargo Bank, N.A., ("Wells Fargo") and agree as follows:

1. Jacqueline Sells Homann, Trustee, filed her Motion to Sell Debtors' Real Estate and gave notice to creditors. Wells Fargo filed a limited objection to the motion on June 2, 2023. No other objections were filed by the deadline of June 20, 2023. Per agreement of the parties, the motion is granted as modified in this agreed order. The Trustee is authorized to sell the real estate located at 101. N. Pine Street, Osceola, Indiana 46561 and legally described as:

   Lot Numbered Six (6) as shown on the recorded Plat of Bennett's Osceola Place Addition, recorded April 22, 1997 as Document Number 9714707 in the Office of the Recorder of St. Joseph County, Indiana.

   for the sum of $160,000.00, and to accept that amount.

2. Wells Fargo holds a mortgage against the real estate described above, its mortgage being dated June 5, 2015 in the original amount of $98,816.00 and recorded in the St. Joseph County Recorder's Office under Instrument Number 1515225 on June 19, 2015. Wells Fargo shall issue a payoff statement good through at least the date of closing and Wells Fargo's mortgage shall be paid in full pursuant to the payoff statement. The request for the payoff shall be made at least seven (7) business days prior to the closing date. If Wells Fargo's mortgage is not paid in full pursuant to the payoff statement, Wells Fargo's mortgage shall continue to be a valid and subsisting lien against the real estate for any sums due to Wells Fargo and its mortgage shall be afforded the priority according to its recording.

3. The Trustee is also authorized to pay at the closing any judgment liens of record and closing costs, including but not limited to those costs set forth on the estate attached to the motion as Exhibit B from the purchaser.

4. The Trustee is hereby authorized to issue a deed to the purchaser, and make report of the transfer.

5. The proposed sale shall close no later than 60 days from the date this order is entered.

6. The 14 day stay of this order under Fed. R. Bankr. P. 6004(h) is waived. This order shall be effective immediately upon entry.

**SO ORDERED THIS** July 19, 2023

*Paul E. Singleton*
Paul E. Singleton, Judge
United States Bankruptcy Court

Reviewed and Approved:

Michael J. Kulak
Attorney for Wells Fargo Bank, N.A.
Codilis Law, LLC
8050 Cleveland Place
Merrillville, IN 46410
(219) 736-5579
bankruptcy@codilis.com
Atty File: 15-21-01285


Jacqueline Sells Homann
Chapter 7 Bankruptcy Trustee
1251 North Eddy Street
Suite 203
South Bend, IN 46617
574-575-4321
trustee@athoralaw.com