IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 21-31621 |
| JUSTIN MATTHEW TURNAGE<br>ELIZABETH ANNE TURNAGE,<br><br>Debtors. | Chapter 7 |

AGREED ORDER

Jacqueline Sells Homann, Chapter 7 Trustee, and Michael J. Kulak, Attorney for Wells Fargo Bank, and for their Agreed Order state:

1. The debtors have a fee simple interest in real property located at 101 N. Pine Street, Osceola, Indiana 46561, which property is not fully exempt.

2. Wells Fargo holds a mortgage against the real estate.

3. The Trustee found value in the real estate for the benefit of the debtors' creditors.

4. On July 19, 2023, this Court entered an Agreed Order between the Trustee and Wells Fargo giving the Trustee 60 days, or until September 19, 2023, to sell the property.

5. The Trustee received an offer in the amount of $160,000 for the real estate.

6. The septic system failed inspection and the property cannot be sold as is.

7. The Trustee has hired a contractor to replace the septic system.

8. St. Joseph County needs to approve the plans for the new septic system before the contractor can begin the work.

9. The Trustee and Wells Fargo agree that it is in the best interest of the parties if the Court will grant an extension of time to October 31, 2023, to allow for the new septic system to be installed and to finalize the sale of the real estate.

10. The remaining terms of the July 19, 2023 Agreed Order (Doc. 44) approving the Trustee's Motion to Sell Debtor's Real Estate [Doc. 36] remain in full force and effect.

THEREFORE, the Trustee and Wells Fargo pray that they be given until October 31, 2023 to close on the real estate located at 101 N. Pine Street, Osceola, Indiana.

SO ORDERED.

Dated: September 15, 2023

*Paul E. Singleton*
Paul E. Singleton, Judge
United States Bankruptcy Court

Reviewed and Approved:

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann (15462-71)
Chapter 7 Bankruptcy Trustee
1251 North Eddy Street
Suite 203
South Bend, Indiana 46617
Telephone: (574) 575-4321
Email: *trustee@athoralaw.com*


/s/ Michael J. Kulak
Michael J. Kulak
Attorney for Wells Fargo Bank, N.A.
Codilis Law, LLC
8050 Cleveland Place
Merrillville, IN 46410
Telephone: (219) 736-5579
Email: bankruptcy@codilis.com
Atty File: 15-21-01285