IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>JUSTIN MATTHEW TURNAGE<br>ELIZABETH ANNE TURNAGE<br><br>Debtor. | Case No. 21-31621<br>Chapter 7 |

NOTICE OF FILING OF TRUSTEE'S
REQUEST FOR COMPENSATION AND EXPENSES

On September 3, 2024, Jacqueline Sells Homann, Trustee, filed an application for trustee's compensation and expenses and application for attorney compensation and expenses which requests authority to pay the following:

| Applicant | Fees | Expenses |
|---|---|---|
| Jacqueline Sells Homann, Trustee | $10,496.98 | $488.02 |
| Jacqueline Sells Homann, Attorney | $2,500.25 | $0.00 |

*Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.*

***THIS IS NOT A BILL***

If you do not want the court to grant the motion, then *on or before September 24, 2024*, you or your attorney must:

1. File with the court a written objection to the motion, which should explain the reasons why you object. It must be filed with the Clerk of the U.S. Bankruptcy Court, 401 South Michigan Street, South Bend, IN 46601.

   If you mail your objection to the court, you must mail it early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to:

   Jacqueline Sells Homann, 1251 North Eddy Street, Suite 203, South Bend, IN 46617.

If no objections are filed, the Court may enter an appropriate order without conducting an actual hearing. If a written objection is filed, the matter may be set for hearing upon further notice as the court's calendar permits. The original documents are on file with the Clerk's office and are available for inspection upon request.

Dated:  September 3, 2024

                                          /s/ Jacqueline Sells Homann
                                         Jacqueline Sells Homann
                                         Chapter 7 Trustee
                                         1251 North Eddy Street
                                         Suite 203
                                         South Bend, Indiana 46617
                                         Telephone:  (574) 575-4321
                                         Email: *trustee@athoralaw.com*